EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted September 9, 2013; decided October 17, 2013

Submitted September 9, 2013; decided October 17, 2013

Motion by Lawyers' Committee for Civil Rights Under Law, insofar as it seeks to file a brief amicus curiae on the motion by defendants for leave to appeal herein, granted and the proposed brief is accepted as filed; motion, insofar as it seeks leave for movant to appear amicus curiae on the appeal herein, denied as premature (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [3]).